```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jay Winegard,

           Plaintiff,

–v–

Crain Communications, Inc.,

           Defendant.

20-cv-1509 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Because Defendant has not yet appeared in this action and Plaintiff has moved for default, the Initial Pretrial Conference in this matter is hereby adjourned *sine die*. Moreover, Plaintiff is directed to move for default in accordance with the Undersigned's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: June 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge