USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jay Winegard,

            Plaintiffs,

    –v–

Crain Communications Inc.,

            Defendants.

20-cv-1509 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 15, 2020, Plaintiff filed a proposed clerk's certificate of default. Dkt. No. 11. The Clerk's Office issued a Certificate of Default that same day. Dkt. No. 13. Plaintiff's counsel also filed an affirmation in support of default judgment. Dkt. No. 12.

    However, Plaintiff has failed to comply with Rule 3.L of the Undersigned's Individual Practices in Civil Cases, which governs motions for default judgment. For example, the attorney affidavit does not contain copies of the pleadings or a copy of the affidavit of service. In addition, Plaintiff has not filed an affidavit of service demonstrating that he has served the motion for default judgment and supporting paperwork on the party against whom default judgment is sought. *See* Rule 3.L.

    Plaintiff is ordered to comply with the Undersigned's Individual Practices in Civil Cases no later than August 24, 2020. Plaintiff is warned that failure to do so may result in dismissal of this action for failure to prosecute.

    SO ORDERED.

Dated: August 7, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge