**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JAY WINEGARD,
on behalf of himself and all others similarly situated,

                                             **MOTION FOR**
                                             **DEFAULT JUDGMENT**

                         Plaintiff(s),       Case No.: 1:20-cv-01509-AJN

          -against-

CRAIN COMMUNICATIONS INC. d/b/a
CRAIN'S NEW YORK BUSINESS,

                                 Defendant(s).
------------------------------------------------------------------X

     Plaintiff JAY WINEGARD hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendant(s) CRAIN COMMUNICATIONS INC. d/b/a CRAIN'S NEW YORK BUSINESS, on the grounds that said Defendant(s) failed to answer or otherwise defend against the Complaint.

Dated: Great Neck, New York
       August 12, 2020                          Respectfully submitted,

                                             /s/   Mitchell Segal
                                           _____

                                           Mitchell Segal, Esq.
                                           Law Offices of Mitchell S. Segal, P.C.
                                           Attorney For Plaintiff
                                           1010 Northern Boulevard, Suite 208
                                           Great Neck, New York 11021
                                           Tel.: (516) 415-0100
                                           Fax: (516) 706-6631
                                           msegal@segallegal.com

TO:   CRAIN COMMUNICATIONS INC. d/b/a CRAIN'S NEW YORK
C/O DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NEW YORK 12231

CRAIN COMMUNICATIONS INC. d/b/a CRAIN'S NEW YORK
685 THIRD AVENUE
NEW YORK, NEW YORK 10017