UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Winegard,

                Plaintiff,

                          20 **CIVIL** 1509 (AJN)

      -against-                      **DEFAULT JUDGMENT**

Crain Communications, Inc.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated March 30, 2021, Plaintiff's motion for default judgment is GRANTED. Defendant is ORDERED to bring its website into compliance with the ADA and implementing regulations. Plaintiff is granted judgment of $1,000 in compensatory damages for Defendant's violations of the NYSHRL and NYCHRL. Plaintiff is also awarded $509.50 in costs and $3,592.50 in attorney's fees; accordingly, the case is closed.

**DATED**: New York, New York
          March 30, 2021

                                              **RUBY J. KRAJICK**
                                                _____
                                                  **Clerk of Court**
                                  **BY:** _K. Mango_____
                                                     **Deputy Clerk**